# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MOUNTAIN PARADISE VILLAGE, INC.,<br><br>Debtor. | U.S. District Court No. 2:13-cv-01813-GMN<br><br>Bankruptcy Case No.: 11-28738-btb<br><br>Appeal Ref. No. 13-13 |
| MOUNTAIN PARADISE VILLAGE, INC.,<br><br>Appellant,<br><br>v.<br><br>THE FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Appellee. | **ORDER DISMISSING THE APPEAL** |

This matter having come before the Court pursuant to the *Stipulation to Dismiss the Appeal as Moot* filed by the Federal National Mortgage Association ("**Fannie Mae**") and Mountain Paradise Village, Inc. ("**Debtor**"); the parties having agreed that this appeal is equitably moot and that this Court cannot fashion effective relief; each party having agreed to bear its own fees and costs; and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this appeal is hereby DISMISSED and all deadlines and hearings associated with this appeal are hereby VACATED. Each side shall bear its own fees and costs.

**IT IS SO ORDERED** this 29th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge

18146676